■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED LYONS LETTS, Appellant.— Motion held. The papers indicate that the appeal was not timely taken but the matter has not been clearly presented as there has been no motion by the District Attorney to dismiss the appeal. The motion before us is held until June 8, 1960, to give the District Attorney an opportunity to move to dismiss the appeal or to take such other action as he may be advised. (See *People* v. *Stottlemeyer*, 9 A D 2d 1022.)

(May 26, 1960)

■ CITY OF BUFFALO, Respondent, v. FERRY-WOODLAWN REALTY COMPANY, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, without costs of this appeal to any party. Motion to dismiss appeal denied. (Appeal from order of Erie Special Term overruling defendants' special appearances and denying their motion to set aside service and for dismissal of the petition, and granting to plaintiff a preliminary order of condemnation.) Present — Bastow, J. P., Halpern, McClusky and Henry, JJ.